## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: LYDIA RAMOS (J)  CASE NO: 00-4208-SNOW
AUSA: SCOTT BEHNKE - *nes*  ATTY: Nelson Rodrigues (temp)
AGENT: DEA  VIOL: PWID - COCAINE
PROCEEDING: I/A ON COMPLAINT  RECOMMENDED BOND: PTD
BOND HEARING HELD - yes / no  COUNSEL APPOINTED:
BOND SET @:  To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Deft advised of Charges - Cnsl present

Arraignment & PTD hrg set

Spanish Interp Required

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 8-30 | 9 30 | BSS | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | 9-8 | 11 | BSS | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 8/25/00   TIME: 11 00   FTL/LSS TAPE # 00 - 046   Begin: 2625 End: 2944