```
              UNITED STATES DISTRICT COURT
              Southern District of Florida

                                U.S. Marshal # 66248-004
UNITED STATES OF AMERICA    )
              Plaintiff     )   Case Number: CR 00-4208-SNOW
                            )   REPORT COMMENCING CRIMINAL
    -vs-                    )           ACTION
                            )
LIDIA ESTER RAMOS           )
              Defendant
*********************************************************
TO: Clerk's Office    MIAMI  / FT. LAUDERDALE /  W. PALM BEACH
    U.S. District Court      (circle one)

                                              FILED by
                                              AUG 28 2000
                                              CLARENCE MADDOX
                                              CLERK U.S. DIST. CT.
                                              S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 8/24/00    1730 am/pm

(2)  Language Spoken: ENGLISH / SPANISH

(3)  Offense(s) Charged: PWID COCAINE

(4)  U.S. Citizen  [X] Yes   [ ] No   [ ] Unknown

(5)  Date of Birth: 3/17/78

(6)  Type of Charging Document: (check one)
     [ ] Indictment   [ ] Complaint   To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: S/FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ]YES [X]NO

Amount of Bond: $
Who set Bond: SNOW

(7)  Remarks: _____
     _____

(8)  Date: 8/25/00   (9) Arresting Officer: DEA

(10) Agency: DEA                  (11) Phone: _____

(12) Comments: _____
```