# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Lidia Ramos (J)# | CASE NO: | 00-4208-Snow |
| AUSA: | Scott Behnke / present | ATTNY: | Nelson Rodriquez |
| AGENT: | | VIOL: | Joaquin Perez / Standing |
| PROCEEDING: | PTD HEARING | BOND REC: | |

BOND HEARING HELD – yes/no     COUNSEL APPOINTED: ___

BOND SET @ $250,000 – 10% cash + $250,000 PSB
CO-SIGNATURES: 2 sisters

SPECIAL CONDITIONS:

FILED by ___ D.C.
AUG 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) ✓ Do not violate any law.
2) ✓ Appear in court as directed.
3) Surrender and/or do not obtain passport / travel documents. — *surr passport by Thursday*
4) Rpt to PTS as directed ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) ✓ No contact with victims/witnesses.
9) ✓ No firearms.
10) ✓ Curfew: 11pm → 6am
11) Travel extended to: SD/FL
12) Halfway House ___
    Electronic Monitoring ___

Reside w/ sister;
no excessive alcohol or illegal drugs;
psych eval & treatment as needed

NEXT COURT APPEARANCE:        DATE:        TIME:        JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: 9-8-00    11:00am    BSS ✓
STATUS CONFERENCE: ___

DATE: 8-30-00    TIME: 9:30am    TAPE # 00-068  PG # 1
1652-1650
00-069 – 1800
1054