## COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Lidia Ramos (J)#   CASE NO: 00-4208-LSS
AUSA: Scott Behnke / present   ATTNY: Nelson Rodriguez / present
AGENT: ___   VIOL: ___
PROCEEDING: Motion to Reduce Bond   BOND REC: ___
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: ___
___ BOND SET @ $100,000 - 10% + $250,000 PSB
CO-SIGNATURES: brother-in-law & sister
SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Cash amount reduced

(Circle One) Interpreter Required / No Interpreter / Unknown
(Specify language)

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___

DATE: 9-1-00   TIME: 9:30am   TAPE # 00-069   PG # 2
2619-3057