UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**00-6258 CR-FERGUSON**

Case No. _____

21 U.S.C. 846
21 U.S.C. 841(a)(1)     **MAGISTRATE JUDGE**
18 U.S.C. 2                        **SNOW**

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )
                             )
v.                           )
                             )
HAMLET R. VARGAS, and        )
LIDIA ESTER RAMOS,           )
                             )
              Defendants.    )
_____

FILED by ___ D.C.

SEP - 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**

From or about August, 2000 to on or about August 24, 2000, at Broward County, Fort Lauderdale, in the Southern District of Florida, and elsewhere, defendants,

**HAMLET R. VARGAS**, and
**LIDIA ESTER RAMOS,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, in excess of five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.



## COUNT 2

On or about August 24, 2000, at Broward County, Fort Lauderdale, in the Southern District of Florida, and elsewhere, defendant,

**HAMLET R. VARGAS**, and
**LIDIA ESTER RAMOS,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, in excess of five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY

- 2 -

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

## PENALTY SHEET

Defendants' Name:      HAMLET R. VARGAS            No.:_____
**Count #:1**
Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine
21 U.S.C. §846

Penalty: Mandatory minimum of ten (10) years' to life imprisonment and fine of up to $4,000,000.  In addition, a term of supervised release of at least 5 years.

*Count #: 2*
21 U.S.C. §841(a)(1)
Possession with intent to distribute five (5) kilograms or more of cocaine

Penalty: Mandatory minimum of ten (10) years' to life imprisonment and fine of up to $4,000,000.  In addition, a term of supervised release of at least 5 years.

**Count #:**


*Max. Penalty:_____

**Count #:**


*Max. Penalty:_____

*Max. Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

Defendants' Name: ___LIDIA ESTER RAMOS___    No.:_____

**Count #:1**

Conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine

21 U.S.C. §846

Penalty: Mandatory minimum of ten (10) years' to life imprisonment and fine of up to $4,000,000. In addition, a term of supervised release of at least 5 years.

21 U.S.C. §841(a)(1)

**Count #: 2**

Possession with intent to distribute five (5) kilograms or more of cocaine

Penalty: Mandatory minimum of ten (10) years' to life imprisonment and fine of up to $4,000,000. In addition, a term of supervised release of at least 5 years.

**Count #:**

*Max. Penalty:_____

**Count #:**

*Max. Penalty:_____

*Max. Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY\***

HAMLET R. VARGAS, and
LIDIA RAMOS
_____

**Court Division**: (Select One)          **Superseding Case Information**:
                                          New Defendant(s)        Yes ____    No ____
                                          Number of New Defendants    _____
____  Miami    ____  Key West             Total number of counts      _____
_X_   FTL      ____  WPB ____ FTP

          I do hereby certify that:

          1.    I have carefully considered the allegations of the indictment, the number of defendants, the
                number of probable witnesses and the legal complexities of the Indictment/Information
                attached hereto.

          2.    I am aware that the information supplied on this statement will be relied upon by the Judges
                of this Court in setting their calendars and scheduling criminal trials under the mandate of
                the Speedy Trial Act, Title 28 U.S.C. Section 3161.

          3.    Interpreter:          (Yes or No) YES_____
                List language and/or dialect    _____

          4.    This case will take    _7_    days for the parties to try.

          5.    Please check appropriate category and type of offense listed below:
                (Check only one)                            (Check only one)

          I     0  to  5 days      _____         Petty      _____
          II    6  to 10 days      _X_           Minor      _____
          III   11 to 20 days      _____         Misdem.    _____
          IV    21 to 60 days      _____         Felony     _X_
          V     61 days and over   _____

          6.    Has this case been previously filed in this District Court? (Yes or No)   No
          If yes:
          Judge: _____          Case No. _____
          (Attach copy of dispositive order)

          Has a complaint been filed in this matter?  (Yes or No) __Yes_____
          If yes:
          Magistrate Case No.    __00-4208-Snow_____
          Related Miscellaneous numbers: _____
          Defendant(s) in federal custody as of  _____
          Defendant(s) in state custody as of  _____
          Rule 20 from the _____          District of _____

          Is this a potential death penalty case? (Yes or No)_____NO_____
          7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1,
          1999? __ Yes _X_ No    If yes, was it pending in the Central Region? __ Yes __ No

          8.    Did this case originate in the Narcotics Section, Miami?  __ Yes _X_ No

                              _____
                              SCOTT H. BEHNKE
                              ASSISTANT UNITED STATES ATTORNEY
                              Court Bar No.  A5500005

\*Penalty Sheet(s) attached                                    REV.6/27/00