| | |
|---|---|
| DEFT: Lidia Ramos (B) | CASE NO: 00-6258-CR-Ferguson ~~00-4208-LSS~~ |
| AUSA: Scott Behnke /s/ | ATTNY: Nelson Rodriguez present |
| AGENT: arrived late | VIOL: (perm) |

PROCEEDING: ~~Prelim~~/Arraignment/ Inquiry re Counsel
BOND REC:
BOND HEARING HELD - yes/no
COUNSEL APPOINTED:

FILED by _____
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) _____ Halfway House
    _____ Electronic Monitoring

Reading of Indictment waived
Not guilty plea entered
_____
_____

(Circle One)
Interpreter Requested
No Interpreter
Known
_____
(Specify Language)

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 9-28-00  11:00 am  BSS

DATE: 9-8-00   TIME: 11:00am   TAPE # 00-72  PG # 8
151-887   20