FILED by D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6258-CR-Ferguson

UNITED STATES OF AMERICA

vs

Lidia Ramos

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 9-8-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: _____See Bond_____

                     Telephone: _____

DEFENSE COUNSEL:     Name: _____Nelson Rodriguez_____

                     Address: _____

                     Telephone: _____

BOND SET/CONTINUED:  $ _____Cont'd on bond_____

Bond hearing held: yes____ no____ Bond hearing set for _____

Dated this __8__ day of __September__, 20 _00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. __00-072__

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services