

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6258-Cr-FERGUSON/SNOW

UNITED STATES OF AMERICA    )
                            )
          Plaintiff,        )
                            )
v.                          )    **GOVERNMENT'S RESPONSE TO THE**
                            )    **STANDING DISCOVERY ORDER**
                            )
                            )
LIDIA ESTER RAMOS,          )
                            )
          Defendant.        )
_____)

     The United States files this response to the Standing

Discovery Order issued in this case.  This response is numbered

to correspond to that Order.

     A.   1.   Five (5) audio recordings of consensually
               monitored undercover conversations with the
               conspirators were made during the course of the
               investigation.  Copies of these tapes are
               currently being duplicated and will be furnished
               to the defense upon receipt by the undersigned.
               Transcripts of the recorded conversations are also
               being prepared and will be furnished to counsel
               upon their completion and prior to trial.
               Attached is a copy of the defendant's written
               statement and signed waiver of rights bate stamp
               numbered 003 and 004, respectively.

          2.   That portion of the written record containing the
               substance of any oral statement made by the
               defendant before or after arrest in response to
               interrogation by any person then known to the
               defendant to be a government agent is attached and
               bate stamp numbered 005 through 006.

          3.   No defendant testified before the Grand Jury.

          4.   The FCIC and NCIC criminal record of the defendant

is attached and bate stamp numbered 0016 through
0020.

5.  Books, papers, documents, photographs, tangible
    objects, buildings or places which the government
    intends to use as evidence at trial to prove its
    case in chief, or were obtained or belonging to
    the defendant may be inspected on a mutually
    convenient time at the Office of the United States
    Attorney, 500 E. Broward Boulevard, Suite 700 Fort
    Lauderdale, Fl. 33394. Please call the undersigned
    to set up a date and time that is convenient to
    both parties.

    The attachments to this discovery response which
    are bate stamp numbered 0021 through 0051 are not
    necessarily copies of all the books, papers,
    documents, etc., that the government may intend to
    introduce at trial.

6.  A laboratory analysis of the substance seized in
    connection with this case will be made available
    to you upon receipt by this office.

B.  DEMAND FOR RECIPROCAL DISCOVERY: The United States
    requests the disclosure and production of
    materials enumerated as items 1, 2 and 3 of
    Section B of the Standing Discovery Order.  This
    request is also made pursuant to Rule 16(b) of the
    Federal Rules of Criminal Procedure.

C.  The government will disclose any information or
    material which may be favorable on the issues of
    guilt or punishment within the scope of Brady v.
    Maryland, 373 U.S. 83 (1963), and United States v.
    Agurs, 427 U.S. 97 (1976).

D.  The government will disclose any payments,
    promises of immunity, leniency, preferential
    treatment, or other inducements made to
    prospective government witnesses, within the scope
    of Giglio v. United States, 405 U.S. 150 (1972),
    or Napue v. Illinois, 360 U.S. 264 (1959).

E.  The government will disclose any prior convictions
    of any alleged co-conspirator, accomplice or
    informant who will testify for the government at
    trial.

F.  No defendant was identified in a lineup, show up,
    photo spread or similar identification

-2-

proceedings.

G.    The government has advised its agents and officers
involved in this case to preserve all rough notes.

H.    The government will timely advise the defendant of
its intent, if any, to introduce during its case
in chief proof of evidence pursuant to F.R.E.
404(b).  You are hereby on notice that all
evidence made available to you for inspection, as
well as all statements disclosed herein or in any
future discovery letter, may be offered in the
trial of this cause, under F.R.E. 404(b) or
otherwise (including the inextricably-intertwined
doctrine).

I.    The defendant is not an aggrieved person, as
defined in Title 18, United States Code, Section
2510(11), of any electronic surveillance.

J.    The government has ordered transcribed the Grand
Jury testimony of all witnesses who will testify
for the government at the trial of this cause.

K.    The government will, upon request, deliver to any
chemist selected by the defense, who is presently
registered with the Attorney General in compliance
with 21 U.S.C. § 822 and § 823, and 21 C.F.R. §
101.22(8), a sufficient representative sample of
any alleged contraband which is the subject of
this indictment, to allow independent chemical
analysis of such sample.

If there is no response within ten (10) days from
the date of the Certificate of Service attached
hereto, the bulk of the contraband/narcotics will
be destroyed.  As usual, random samples have been
set aside to be used as evidence at trial.

L.    The vehicle used by the defendants to transport
the cocaine in this case was leased and, after the
arrest of the defendants, was returned to the
rental company.  The government in not currently
in possession of any automobile, vessel, or
aircraft allegedly used in the commission of this
offense.

M.    The government has submitted several exhibits for
latent fingerprints or palm prints which may be
found on the exhibits. Upon conclusion of the
analysis, the government will submit a copy of the

- 3 -

report.

N.    To date, the government has not received a request
      for disclosure of the subject-matter of expert
      testimony that the government reasonably expects
      to offer at trial.

O.    The government will make every possible effort in
      good faith to stipulate to all facts or points of
      law the truth and existence of which is not
      contested and the early resolution of which will
      expedite trial.  These stipulations will be
      discussed at the discovery conference.

The government is aware of its continuing duty to disclose
such newly discovered additional information required by the
Standing Discovery Order, Rule 16(c) of the Federal Rules of
Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to
assure a fair trial.

In addition to the request made above by the government
pursuant to both Section B of the Standing Discovery Order and
Rule 16(b) of the Federal Rules of Criminal Procedure, in
accordance with Rule 12.1 of the Federal Rules of Criminal
Procedure, the government hereby demands Notice of Alibi defense;
the approximate time, date, and place of the offense was:

            Date: August 23 & 24, 2000
            Place: Broward County, Florida

The attachments to this response are numbered pages 003-006
0016 through 0051.  Please contact the undersigned Assistant
United States Attorney if any pages are missing.

                    Respectfully submitted,

                    GUY A. LEWIS
                    UNITED STATES ATTORNEY

        By:

                    SCOTT H. BEHNKE
                    ASSISTANT UNITED STATES ATTORNEY
                    ATTORNEY NUMBER A5500005
                    500 EAST BROWARD BLVD. SUITE 700
                    FT. LAUDERDALE, FL.33394
                    Tel: (954) 356-7255 ext. 3518
                    Fax: (954) 356-7228
                    E-mail:aflsl01.po.sbehnke@usdoj.gov

cc:  Special Agent Shaun Perry (DEA-HIDTA).

                        - 4 -

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the

foregoing was mailed on by the United States Postal Service on

this the 26th day of September, 2000.

**Nelson Rodriguez, Esq.**
6780 Coral Way
Miami, Fl. 33155

SCOTT H. BEHNKE
ASSISTANT UNITED STATES ATTORNEY