UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6258-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

LIDIA RAMOS,

          Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on September 27, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that the matter would require four days to try. A plea disposition, however, remains possible.

2.    Defense counsel did not appear at the status conference.

DATED at Fort Lauderdale, Florida this ____ day of September 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Scott Behnke, Esquire
Assistant United States Attorney

Nelson Rodriguez, Esquire
6780 Coral Way
Miami, Florida 33155-1702
Attorney for Defendant