CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by **pH** D.C.
OCT 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6258-CR-WDF__   Date: __10/16/00__

Clerk: __Deloris McIntosh__   Reporter: __Paul Haferling__

USPO: _____   Interpreter: __None__

UNITED STATES OF AMERICA vs. __Hamlet Vargas (J) / Lidia Ramos (J)__

AUSA: __Scott Behnke__
Defendant(s) Counsel: __Jaquin Perez / Nelson Rodriguez__

Defendant(s) Present__ Not Present__ In Custody__
Reason for hearing: __Calendar Call__

Result of hearing: __Motion for Continuance granted__

Case Continued to: __12/11/00__ Time: __3:15__ p.M. For: __Calendar Call__

