**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
2001 JAN 10 PM 2:59

CASE NO.: 00-6258-CR-FERGUSON/SNOW
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) |
| | ) |
| vs. | ) |
| | ) |
| LIDIA RAMOS, | ) |
| *Defendant.* | ) |
| _____ | ) |

## MOTION FOR LEAVE TO TRAVEL
## TO ORLANDO FLORIDA

Defendant, LIDIA RAMOS, moves this Court for the entry of an Order authorizing her to travel to Orlando, Florida for vacation. In support thereof Defendant would show:

1. Defendant is planning to travel from Friday, January 12, 2001 through Sunday, January 14, 2001 to Disney World in Orlando, Florida on vacation.

2. While in the Orlando area Defendant is planning on staying with her friend, Julie, who resides at 969 Vinerich Run, Apartment 108, Building 12, Altamont Spring, Florida 32714. Telephone No.: (407) 445-6604.

3. Defendant has never asked for leave to travel before.

4. Defendant will report to her Pre-Trial Officer, Gavin Churchill, before her departure and after her arrival in Miami and will provide him with an itinerary.

**WHEREFORE**, Defendants respectfully pray to this Honorable Court for the entry of an order authorizing her to travel to Orlando, Florida from Friday, January 12, 2001 through Sunday, January 14, 2001.



Respectfully submitted

Nelson Rodriguez-Varela, Esq.
Counsel for Defendant
6780 Coral Way
Miami, Fl. 33155
Tel: (305) 261-4000
Fl. Bar No. 876739

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 9th day of January, 2001 to: Scott Behnke, AUSA, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, Florida 33394.

BY: _____
Nelson Rodriguez-Varela, Esq.