UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6258-CR-FERGUSON

UNITED STATES OF AMERICA )
)
)
v. )
)
)
LIDIA RAMOS, )
)
Defendant. )
_____ )

### NOTICE OF GOVERNMENT'S INTENT
### TO INTRODUCE FEDERAL RULE OF EVIDENCE
### 404(B) SIMILAR ACT EVIDENCE

Notice is hereby provided of the government's intention to introduce pursuant to Federal Rule of Evidence 404(b) during the presentation of its case-in-chief, exhibits, testimony and evidence related the incident described in the attached report.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *Donald F. Chase II*

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court Number A5500077
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33394
Tel. (954) 356-7255
Fax. (954) 356-7336



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21st day of January 2001 to Joaquin Perez, Esquire, and Nelson Rodriguez, Esquire, 6780 Coral Way, Miami, Florida 33155.

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY