UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6258-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| LIDIA ESTER RAMOS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## GOVERNMENT'S MOTION TO CONTINUE TRIAL

The United States of America by and through the undersigned Assistant United States Attorney, files this motion to continue the trial set for February 26, 2001 for the following reason:

1. The undersigned prosecutor's mother-in-law was diagnosed with cancer in her pancreas and liver. Attempts to treat her condition locally failed. As a result, the undersigned prosecutor's mother-in-law traveled with his family to Mexico to seek alternative treatments not available in the United States and to spend time with her relatives. On January 31, 2001, the undersigned's mother-in-law died.

2. The undersigned prosecutor is leaving for Mexico to provide emotional support to his wife and to care for his children. The undersigned prosecutor will be out of the country an unknown amount of time due to the nature of the emergency. Therefore, a thirty (30) day continuance is requested.



Wherefore, for the foregoing reason, the United States of America requests a continuance of the sentence for 30 days.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Tel (954) 356-7255
Fax (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ day of February, 2001, to: Nelson Rodriguez, Esq., 6780 Coral Way, Miami, FL 33155.

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY