**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA,**

 Plaintiff,

v.           **CASE NO. 00-6258-CR-FERGUSON**

**LIDIA E. RAMOS,**

 Defendant.      **ORDER**

FEB 28 2001

**GOOD CAUSE** appearing, it is hereby **ORDERED** that the above-numbered cause be and the same is hereby transferred to The Hon. Jose A. Gonzalez, Jr. for trial.

Parties should take notice that trial is set for Monday, March 12, 2001 at 9:30 a.m. at the United States District Courthouse, Courtroom C, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. Parties should come ready to proceed for trial. Parties shall bring three (3) copies of their exhibits and their witness lists. In addition, parties shall bring a copy of their jury instructions on paper and in electronic format. Parties shall save copies of their jury instructions in Word Perfect format on 3.5" floppy diskettes.

**DATED** in chambers at Fort Lauderdale, Florida, this 28th day of February, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc:
Hon. Jose A. Gonzalez, Jr.
Donald Chase, AUSA
Joaquin Perez, Esq.

