UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6258-CR-FERGUSON

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
    vs.                        )
                               )
                               )
LIDIA RAMOS,                   )
                               )
            Defendant.         )
_____)

## GOVERNMENT'S WITNESS LIST

1. Drug Enforcement Administration Special Agent Paul Maxwell
2. Drug Enforcement Administration Special Agent Robert Nogueira
3. Drug Enforcement Administration Special Agent Edward Reed
4. Task Force Agent Rudy Toth
5. Drug Enforcement Administration Special Agent John Schleffer
6. Drug Enforcement Administration Special Agent Shaun Perry
7. Drug Enforcement Administration Special Agent Richard Detrio
8. Katty Salvador
9. Hamlet Vargas
10. Ed Stuart



11. Chris Hart

12. Drug Enforcement Administration Forensic Chemist Ileana Hale

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court Number A5500077
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33394
Telephone (954) 356-7255x3513
Facsimile (954) 356-7336

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered this 12th day of March 2001 to Nelson Rodriguez, Esquire, 6780 Coral Way, Miami, Florida 33155.

*[signature]*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY