UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6258-CR-FERGUSON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| LIDIA ESTER RAMOS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

March 12, 2001
Ft. Lauderdale

ORDER

THIS CAUSE comes before the Court on the government's motion to bring electronic equipment into the courtroom, to wit, tape recorders, video cassette recorders (VCRs), television monitors, etc., for use in court proceedings. Considering the grounds raised in the motion, and the Court being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the motion is granted.

DONE and ORDERED in chambers at Fort Lauderdale, Florida, this 12th day of March, 2001.

_____
JOSE A. GONZALEZ
UNITED STATES DISTRICT JUDGE