## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### FOR THE
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE JOSE A. GONZALEZ, JR., PRESIDING

FILED by ___ D.C.
MAR 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**CASE NUMBER** 00-6258-CR-Ferguson **DATE** March 12, 2001

**COURTROOM CLERK** Amy Jordan

**COURT REPORTER** Anita LaRocca

**PROBATION OFFICER** _____

**INTERPRETER** Spanish - Jno. Gomez / Edna Brafield

**UNITED STATES OF AMERICA vs.** Lidia Ramos

**AUSA** Donald Chase

**DEFT. ATTORNEY** Nelson Rodriguez

**DEFENDANT: Present** ✓  **Not Present** ___  **On Bond** ✓  **In Custody** ___

**REASON FOR HEARING:** Jury Selection + Jury Trial - 1st Day -

**RESULT OF HEARING:** Jury Selected - 12 jurors; 2 alternate jurors. - Jury sworn. Opening statements heard by both parties. Testimony heard by Deft. Paul Maxwell

**CONTINUED TO: DATE:** March 13, 2001  **TIME:** 9:00 A.M.

**FOR:** Jury Trial - 2nd Day.

63