**CRIMINAL MINUTES**

**UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
HONORABLE JOSE A. GONZALEZ, JR., PRESIDING**


FILED by ___ D.C.
MAR 1 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6258-CR-Ferguson DATE March 13, 2001

COURTROOM CLERK Amy Jordan     COURT REPORTER Anita LaRocca

PROBATION OFFICER _____     INTERPRETER Spanish Ana Gomez / Edna Barfield

UNITED STATES OF AMERICA vs. Lidia Ramos

AUSA Donald Chase     DEFT. ATTORNEY Nelson Rodriguez

DEFENDANT: Present ✓   Not Present ___   On Bond ✓   In Custody ___

REASON FOR HEARING: Jury Trial - Second Day

RESULT OF HEARING: Continued testimony by Agent Bill Maxwell; Audio Tape Played: Liliana Hale; D.E.A.R. Norilaguerra; D.E.A. Jonathan Schleffer; Rudy Toth, Police Detective. Motion by deft. Attorney for Rule 29 - Denied. Testimony by defendant Lidia Esther Ramos. Defense Rest. Rebuttal by Gov't - D.E.A. Jonathan Schleffer - Re-Called to testify. Gov't Rest.

CONTINUED TO: DATE: March 14, 2001   TIME: 9:00 A.M.

FOR: Jury Trial - Third Day

65/04