C R I M I N A L   M I N U T E S

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA
HONORABLE JOSE A. GONZALEZ, JR., PRESIDING

CASE NUMBER **00-6258-CR-JAG (WDF)** DATE **3/14/01**

COURTROOM CLERK **Deloris McIntosh** COURT REPORTER **Anita LaRocca**

PROBATION OFC. _____ INTERPRETER **SPANISH**

UNITED STATES OF AMERICA vs. **Lidia Esther Ramos**

U.S. Attorney **Donald Chase** DEFT. COUNSEL **Nelson Rodriguez-Varela**

DEFENDANT: Present ✓ Not Present ___ On Bond ___ In Custody ✓

REASON FOR HEARING: **Jury Trial - Day 3**

RESULT OF HEARING: **Closing Arguments; Jury Deliberations**

**Guilty Verdict as to Counts 1 & 2**

CONTINUED TO: Date **6/8/01** TIME **9:30**
For: **Sentencing**

MISC. _____