-cr-06258-PCH   Document 67   Entered on FLSD Docket 03/15/2001   P

AO 187 (Rev. 4/82)

FILED by _____ D.C.
MAR 1 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| PLAINTIFF | U.S.A. | DISTRICT COURT: Southern Florida |
| DEFENDANT'S ATTORNEY | (illegible) Ramos | DOCKET NUMBER: 00-6258-CR-Ferguson |
| PLAINTIFF'S ATTORNEY | Donald Chase | |
| DEFENDANT'S ATTORNEY | Nelson Rodriguez | TRIAL DATE(S): 3/12/01; 3/13/01 |
| PRESIDING JUDGE | Jose A. Gonzalez, JR. | |
| COURT REPORTER | Anita LaRocca | COURTROOM DEPUTY: Amy Jordan |

| PLF.NO. | DEF.NO | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 4 | | 3/12/01 | ✓ | ✓ | Map of Route the Defendant drove |
| | 1D | 3/12/01 | ✓ | ✓ | Picture of Dog Food Bag |
| | 1E | 3/12/01 | ✓ | ✓ | Picture of 10 kilograms of Cocaine |
| | 1C | 3/12/01 | ✓ | ✓ | Bag of Dog Food found inside Bag. |
| | 1A | 3/12/01 | ✓ | ✓ | 10 Kilograms of cocaine seized on 8/24/00 and Wrapping around Kilogram of cocaine. |
| | 2E1 | 3/12/01 | ✓ | ✓ | Picture of Blue Plastic Container in Bedroom |
| | 2E2 | 3/12/01 | ✓ | ✓ | Picture of where Bind was located in closet |
| | 2E3 | 3/12/01 | ✓ | ✓ | Picture of View behind closet in bedroom |
| | 2E4 | 3/12/01 | ✓ | ✓ | Picture of a Bind w/25 Kilos. of Cocaine inside |
| | 2E5 | 3/12/01 | ✓ | ✓ | Picture of Binds where Cocaine was found. |
| | 2E6 | 3/12/01 | ✓ | ✓ | Picture of Binds (Containers) where cocaine was found. |
| | 2E7 | 3/12/01 | ✓ | ✓ | Picture of 2 Containers in living Room |
| | 2E9 | 3/12/01 | ✓ | ✓ | Polaroid Photograph of all Cocaine Seized on 8/24/00 |
| | 2E8 | 3/12/01 | ✓ | ✓ | Photograph of 2 Plastic Containers found on 8/24/00 |
| | 2C1 | 3/12/01 | ✓ | ✓ | Blue Containers found in Residence |
| | 2C2 | 3/12/01 | ✓ | ✓ | Blue Container found in Residence |
| | 2A | 3/12/01 | ✓ | ✓ | 40 Kilograms of Cocaine (Box) Seized on 8/24/00 |
| | 3A | 3/13/01 | ✓ | ✓ | Tape Recording 8/24/00 at Pembroke Lakes Mall |
| | 3B | 3/13/01 | ✓ | ✓ | Transcript of 3A |
| | 5A1 | 3/13/01 | ✓ | ✓ | Photograph of Chevrolet Malibu. |
| | 5A2 | 3/13/01 | ✓ | ✓ | Photograph of Co-deft. Vargas walking toward Grocery store. |
| | 5A3 | 3/13/01 | ✓ | ✓ | Photograph of Co-deft. Vargas exiting Grocery store. |
| | 6A1 | 3/13/01 | ✓ | ✓ | Photograph of Residence taken at 3361 S.W. 50th Street |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

U.S.A. vs. Lidia Ramos   CASE NO. 00-6258-CR-Ferguson

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 6A2 | | 3/13/01 | ✓ | ✓ | Photograph of Residence located at 3361 S.W. 38th Street |
| 6A3 | | 3/13/01 | ✓ | ✓ | Photograph of Residence located at 3381 S.W. 38th Street |
| 6A4 | | 3/13/01 | ✓ | ✓ | Photograph of Residence located at 3361 S.W. 38th Street |
| 6A5 | | 3/13/01 | ✓ | ✓ | Photograph of Residence located at 3361 S.W. 38th Street |
| 6A6 | | 3/13/01 | ✓ | ✓ | Photograph of Residence located at 3361 SW 38th Street |
| 6A7 | | 3/13/01 | ✓ | ✓ | Photograph of Residence located at 3361 SW 38th Street |
| 2D | | 3/13/01 | ✓ | ✓ | Consent to Search form executed by Katty Salvador |
| 7B | | 3/13/01 | ✓ | ✓ | Defendant's Statement to Agents on 8/24/00 |
| 7A | | 3/13/01 | ✓ | ✓ | Waiver of Miranda Rights form executed by dft R... |
| 1 | | 3/14/01 | ✓ | ✓ | Defendant's statement - English |

Page 2 of 2 Pages