CAN WE GET A COPY (TRANSLATION) OF Ms RAMOS'

WRITTEN STATEMENT.

(WE HAVE HER HANDWRITTEN STATEMENT IN SPANISH - WE WOULD
LIKE TO SEE AN ENGLISH TRANSLATION)

3/14/01

69
DM

TRANSLATION OF WRITTEN STATEMENT
MADE ON AUGUST 24, 2000 BY LIDIA RAMOS

Miguel and I went to Johnson Street. He asked me to do him a favor and drive the car that Hamlet gave him the keys and it was a white car. I drove the car to Kathy's house where I went in and ate a sandwich. I went to the room and took care of the kids for a while and he told me, to take the car to where you got it and when you are getting there, beep Hamlet so he'll know you are close, and Hamlet will be there. Give him the keys and tell him to bring you back and that is what Hamlet was doing when the police stopped us. Then Hamlet told me, you set me up, then is when I suspected everything that was going on, but what I didn't know was the amount until the police told me.

The agent asked if I was going to earn any money, but I was doing a favor and you don't charge for favors, what I didn't know was the type of favor it was.

I write this because with this I explain was it happening.

WE NEED A COPY OF THE JUDGE'S CHARGE TO THE JURY.

(THE INSTRUCTIONS OUTLINING THE TWO CHARGES)

4/14/01

WE HAVE REACHED A VERDICT.

3/14/01