UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6258-CR-FERGUSON



UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )
)
LIDIA ESTER RAMOS, )
)
    Defendant. )
_____)

### VERDICT

We, The Jury, find the Defendant Lidia Ester Ramos,

as to Court One:     Guilty
                          (Guilty/Not Guilty)

as to Count Two:     Guilty
                          (Guilty/Not Guilty)

as charged in the Indictment.


If your finding as to both Count I and Count II is **NOT GUILTY**,
simply have your Foreperson date and sign the Verdict at the bottom
of next page and return it to the Court.

If your finding as to either Count I or Count II is **GUILTY**, please make this further finding:

We, The Jury, find that the mixture and substance containing a detectable amount of cocaine:

1. Weighed five hundred grams or more:    Yes
   (Yes/No)
2. Weighed five kilograms or more:    Yes
   (Yes/No)

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Fort Lauderdale, Florida, this 14 day of March, 2001.

_____          FREDRICK STRUNCK
Foreperson's Signature            Foreperson's Printed Name

2