# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA
Plaintiff(s)

vs.

Lydia Ramos
Defendant(s)

Case No. 00-6258-CR-JAG

FILED by ___ D.C.
DKTG
MAR 1 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☒ Guns, jewelry, currency, (drugs), explosives
   Item Nos. #1A, #2A

☒ Oversized records (larger than 10" x 12" x 15")
   Item Nos. #4 (Chart-Map)

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): Photographs (1D, 1E, 2E1-2E9, 5A1-5A3, 6A1-6A7), Miranda Waiver (7A); Written Statement (7B); Plastic Containers (2C1 & 2C2); Dog Food Bag (1C); Consent to Search (2D)

☒ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: Donald F Chase II
PRINT NAME: Donald F Chase, II
AGENCY OF FIRM: US Attorney Office
ADDRESS: 500 East Broward Blvd #700
TELEPHONE: (954) 356-7255 Ext 3513
DATE: 031401

EXHIBITS RELEASED BY: _____ MChtak
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

72/JM