UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 00-6258-CR-FERGUSON |
| ) | |
| **LIDIA ESTER RAMOS,** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

FILED by ___ D.C.

JUN 0 7 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER**

**THIS CAUSE** has come before the Court upon Defendant's Agreed Emergency Motion to Continue Sentencing Date, filed June 7, 2001.

Accordingly, having reviewed the Motion, the record in this matter, and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Agreed Emergency Motion to Continue Sentencing Date, filed June 7, 2001 is **GRANTED**. Sentencing will be reset to Thursday, September 20, 2001 at 11:30 a.m. at the United States District Courthouse, Courtroom C, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

**DONE AND ORDERED** in the Chambers at Fort Lauderdale, Florida, this __7TH__ day of June 2001.

JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

cc: Nelson Rodriguez, Esq.
Donald Chase, II, AUSA