UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
          Plaintiff,

          Vs.                                    Case No.  00-6258-CR-FERGUSON

LIDIA RAMOS,
          Defendant.
_____/

## ORDER DENYING AS MOOT EMERGENCY MOTION FOR ONE DAY MODIFICATION OF PRE-TRIAL CURFEW

THIS MATTER is before the Court on the above-mentioned motion filed by

defendant Lidia Ramos on December 28, 2000.  After considering the motion, it is

hereby,

**ORDERED AND ADJUDGED** that the motion is *DENIED*.

**DONE AND ORDERED** at Fort Lauderdale, Florida this _____ day of

August, 2001. (now for 12/28/00)

                                        WILKIE D. FERGUSON ,JR.,
                                        UNITED STATES DISTRICT JUDGE

Copies
Scott Behnke, AUSA
Nelson Rodriguez-Varela, Esq.,