FILED by _AH_ D.C.

SEP 20 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6258-CR-SAG

DEFENDANT Lidia E. Ramos  JUDGE Gonzalez

Deputy Clerk Tracy J. Walker  DATE September 20, 2001

Court Reporter A. LaRosen  USPO K. Lomies

AUSA D. Chase  Deft's Counsel N. Rodriguez

COUNTS DISMISSED  All Others

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to Appeal

JUDGMENT AND SENTENCE

Imprisonment  Years ___  Months 120  Counts 1 & 2 to run concurrently

Supervised Release 5 yrs  ct 1 & 2 to run concurrently
Probation  Years ___  Months ___  Counts ___

Comments (See J&C for details)

Assessment $ 200.00      Fine $ 2,500.00

Restitution /Other _____

✓ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____