UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,    )<br>    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>LIDIA ESTER RAMOS,    )<br>    )<br>    Defendant.    )<br>_____) | Case No. 00-6258-CR-FERGUSON |

FILED by _____ D.C.

SEP 2 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ORDER

**THIS CAUSE** has come before the Court upon Defendant's Oral Motion to Appoint Appellate Counsel, made in open court on September 20, 2001.

Accordingly, having considered the Motion, the record in this matter, and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that the above-referenced Motion is referred to Magistrate Judge Lurana S. Snow for a determination of whether the Defendant shall be appointed an appellate counsel.

**DONE AND ORDERED** in chambers, Fort Lauderdale, Florida, this 20TH day of September, 2001.

_____
JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

cc: Nelson Rodriguez, Esq.
    Donald Chase, II, AUSA