## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6258-CR-FERGUSON (GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) |
| | ) |
| vs. | ) |
| | ) |
| LIDIA RAMOS, | ) |
| *Defendant*. | ) |
| _____ | ) |

### NOTICE OF APPEAL

NOTICE IS GIVEN that LIDIA RAMOS, Defendant/Appellant, appeals to the Circuit Court of the Eleventh Judicial Circuit in and for the Southern District of Florida, the Order of this Court rendered September 20, 2001. The nature of the order is a final order of Sentencing and Commitment.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to: Donald Chase, II, Esq., 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33394, on this 21 day of September, 2001.

Respectfully submitted,

Nelson Rodriguez-Varela, Esq.
Counsel for Appellant
6780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000
Fax: (305) 662-4067
Fl. Bar No.: 876739

