## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO.:** 00-6258-CR-FERGUSON (GONZALEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) |
| | ) |
| vs. | ) |
| | ) |
| LIDIA RAMOS, | ) |
| *Defendant*. | ) |
| _____ | ) |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND APPOINTING NEW COUNSEL FOR PURPOSES OF APPEAL

Defendant, LIDIA RAMOS, by and through the undersigned counsel files this motion to withdraw as attorney of record and to appoint new counsel for purposes of appeal. In support of this motion Defendant states as follows:

1. The undersigned was retained by the Defendant to represent her at trial and at the sentencing proceedings.

2. On September 20, 2001, the Defendant was sentenced to one hundred and twenty (120) months.

3. The Defendant wishes to appeal her sentence and has requested the undersigned to file a Notice of Appeal on her behalf.

4. Due to Defendant's detention and her family's financial difficulties, Defendant is requesting a public defender be appointed to represent her for appeal purposes.

**WHEREFORE**, Defendant respectfully prays to this Honorable Court for the entry of an Order granting undersigned's request to withdraw as attorney of record and appointing new counsel for appeal purposes.



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to: Donald Chase, II, Esq., 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33394, on this 21st day of September, 2001.

Respectfully submitted,

Nelson Rodriguez-Varela, Esq.
Counsel for Appellant
6780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000
Fax: (305) 662-4067
Fl. Bar No.: 876739