UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 00-6258-CR-FERGUSON |
| ) | |
| LIDIA ESTER RAMOS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**THIS CAUSE** has come before the Court upon Defendant's Motion to Withdraw as Attorney of Record and Appointing New Counsel for Purposes of Appeal, filed September 20, 2001. On September 20, 2001 Defendant made an identical Motion orally. On the same day this Court granted the motion and referred it the Magistrate Judge. See DE #82. Accordingly, the instant Motion is moot.

Accordingly, having reviewed the Motion, the record in this matter, and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Withdraw as Attorney of Record and Appointing New Counsel for Purposes of Appeal, filed September 20, 2001 is **DENIED AS MOOT**.

**DONE AND ORDERED** in the Chambers at Fort Lauderdale, Florida, this 31st day of October 2001.

JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE

cc: Nelson Rodriguez, Esq.
    Donald Chase, II, AUSA
    Walter Pollard, 11th Circuit Court of Appeals