UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
       Plaintiff,

Vs.

Case No.  00-6258-CR-FERGUSON

LIDIA RAMOS,
       Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND APPOINTING NEW COUNSEL FOR PURPOSES OF APPEAL

THIS CAUSE having come before the Court on the motion of Nelson Rodriguez-Varela Esq., to withdraw as counsel for the defendant Lidia Ramos. The Court having considered the motion and being otherwise fully advised, it is hereupon,

**ORDERED AND ADJUDGED** that the motion be and the same is hereby *GRANTED*. The case is referred to the Magistrate judge for the appointment of a new attorney.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this _____ of November 2001.

                                    WILKIE D. FERGUSON, JR.,
                                    UNITED STATES DISTRICT JUDGE

Donald Chase, AUSA
Nelson Rodriguez-Varela, Esq.,

