UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6258-CR-FERGUSON

UNITED STATES OF AMERICA,  :

vs  :  **N O T I C E**

LIDIA ESTER RAMOS  :

*FILED by ___ D.C.*
*DEC 3 1 2001*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA FT. LAUD.*

**Type of Case:**  CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| **PLACE:** | **COURTROOM:** 203-D |
|---|---|
| Federal Courthouse | |
| 299 E. Broward Boulevard | **DATE:** JANUARY 10, 2002 |
| Fort Lauderdale, Florida 33301 | **TIME:** 11:30 A.M. |

**TYPE OF PROCEEDING:**

MOTION FOR APPOINTMENT OF APPELLATE COUNSEL

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Date: 12/31/01                        _____
                                       (By)   Deputy Clerk

cc: Honorable Wilkie D. Ferguson
    AUSA Don Chase
    Nelson Rodriguez, Esq.