# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: LIDIA ESTER RAMOS (J) # 66248-004   CASE NO: 00-6258-CR-FERGUSON / Gonzalez

AUSA: _____   ATTY: NELSON RODRIGUEZ, ESQ

AGENT: _____   VIOL: _____

PROCEEDING: SEALED EXPARTE TJOFLAT HEARING   RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: _____

BOND SET @: _____   To be cosigned by: _____

*FILED by ___ D.C. JAN 10 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. FLA. FT. LAUD.*

**INTERPRETER REQUIRED** — Spanish

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

M/ to withdraw as counsel for appeal heard + granted by Judge Ferguson — Inq held re: atty fees — deft sworn for apptmt of counsel.

FPD appointed

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | Sealed | |

DATE: 1/10/02   TIME: 11:30   FTL/LSS TAPE # 02 - 002   Begin: 1864   End: 2137

89