UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v

Case No : 00-6258-CR-FERGUSON

<u>LIDIA ESTER RAMOS      /</u>

FILED by __ D.C.
JAN 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ORDER APPOINTING APPEAL COUNSEL

This cause came before the Court on an Order of Referral to Appoint New Counsel for Appeal (docket entry # 82 ) and pursuant to proceedings held on January 10, 2002, the defendant in the above case has been found indigent for appointment of counsel for appeal purposes, therefore it is

ORDERED AND ADJUDGED that the following counsel is hereby appointed:

    Federal Public Defender
    One East Broward Blvd., Suite 1100
    Ft. Lauderdale, FL   33301
    Telephone: 954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida this 10th day of January, 2002.

                                        LURANA S. SNOW
                                        U. S. MAGISTRATE JUDGE

cc: U. S. Attorney Don Chase
    Federal Public Defender
    Nelson Rodriguez, Esq.