

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6258-CR-WDF

UNITED STATES OF AMERICA,    :

              PLAINTIFF,    :

v.    :

LIDIA ESTER RAMOS,    :

             DEFENDANT. :

_____/

## NOTICE OF ASSIGNMENT

    The Federal Public Defender's Office for the Southern District of Florida gives notice

that the above-captioned case has been assigned to Assistant Federal Public Defender Helen

C. Trainor.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

                By: _____
                    Helen C. Trainor
                    Assistant Federal Public Defender
                    Florida Bar No.  A5500193
                    150 West Flagler Street,  Suite 1500
                    Miami, Florida 33130-1556
                    Tel: (305) 536-6900, ext: 208
                    Fax No. (305) 530-7120

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was mailed this _28th_ of January, 2002

to: United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132.

_Helen C. Trainor_

Helen C. Trainor

J:\Ramos, Lidia Ester Reg. #66247-004\Pleadings\ASSIGNMM.wpd