USDC FLSD 245B (Rev 3/01) - Judgment in a Criminal Case                                    Page 2 of 7

DEFENDANT: LIDIA E. RAMOS.
CASE NUMBER: 00-6258-CR-GONZALEZ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **120 months as to each of counts one and two, to run concurrently with each other.**

The Court recommends to the Bureau of Prisons:

   That the defendant is incarcerated at an institution in the State of Florida

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __2-12-02__ to __FCI Tallahassee__
at __Tallahassee, Florida__, with a certified copy of this judgment.

Schelia A. Clark, Warden
FCI Tallahassee
~~UNITED STATES MARSHAL~~

By: __Kenneth D. [signature]__
~~Deputy U.S. Marshal~~

FILED BY: _____ D.C.
2002 MAR 15 AM 11:58
CLERK U.S. DISTRICT
S.D. OF FL-FTL