UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY: _____ D.C.
2002 MAR 20 PM 1:29
CLERK U.S. DIST. CT.
S.D. OF FL.-FTL.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER |
| PLAINTIFF, ) | 00-6258-CR-WDF |
| ) | |
| vs. ) | |
| ) | |
| LIDIA ESTER RAMOS, ) | VOLUME: 1 of 3 |
| ) | PAGES 1-136 |
| DEFENDANT. ) | |
| _____) | |

TRANSCRIPT of JURY TRIAL had before THE HONORABLE JOSE A. GONZALEZ, JR., in Fort Lauderdale, Broward County, Florida, on Monday, March 12, 2001, in the above-styled matter.

APPEARANCES:

FOR THE GOVERNMENT:        DONALD CHASE,
                           Assistant U.S. Attorney

FOR THE DEFENDANT:         NELSON RODRIGUEZ-VARELA, ESQ.

ANITA LaROCCA
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 205-D
FORT LAUDERDALE, FLORIDA 33301
954 769-5568

# NOT

# SCANNED

PLEASE REFER TO COURT FILE