UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER |
| PLAINTIFF, ) | 00-6258-CR-WDF |
| ) | |
| vs. ) | |
| ) | |
| LIDIA RAMOS, ) | VOLUME: 2 of 3 |
| ) | PAGES 137-405 |
| DEFENDANT. ) | |

FILED BY: ___
2002 MAR 20 PM 1:28
CLERK U.S. DIST. CT.
S.D. OF FL.-FTL.

TRANSCRIPT of JURY TRIAL had before **THE HONORABLE JOSE A. GONZALEZ, JR.**, in Fort Lauderdale, Broward County, Florida, on Tuesday, March 13, 2001, in the above-styled matter.

APPEARANCES:

FOR THE GOVERNMENT:           DONALD CHASE,
                              Assistant U.S. Attorney

FOR THE DEFENDANT:            NELSON RODRIGUEZ-VARELA, ESQ.


ANITA LaROCCA
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 205-D
FORT LAUDERDALE, FLORIDA 33301
954 769-5568

# NOT

# SCANNED

PLEASE REFER TO COURT FILE