UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY: 2002 MAR 20 PM 1:27
CLERK, U.S. DIST. C.
S.D. OF FL.-FTL.

UNITED STATES OF AMERICA,     )
                              )      CASE NUMBER
         PLAINTIFF,           )      00-6258-CR-WDF
                              )
     vs.                      )
                              )
LIDIA RAMOS,                  )      VOLUME: 3 of 3
                              )      PAGES 406-491
         DEFENDANT.           )
_____)

TRANSCRIPT of JURY TRIAL had before THE HONORABLE JOSE A. GONZALEZ, JR., in Fort Lauderdale, Broward County, Florida, on Wednesday, March 14, 2001, in the above-styled matter.

APPEARANCES:

FOR THE GOVERNMENT:          DONALD CHASE,
                             Assistant U.S. Attorney

FOR THE DEFENDANT:           NELSON RODRIGUEZ-VARELA, ESQ.


ANITA LaROCCA
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 205-D
FORT LAUDERDALE, FLORIDA 33301
954 769-5568

# NOT

# SCANNED

PLEASE REFER TO COURT FILE