UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER |
| PLAINTIFF, | ) | 00-6258-CR-WDF |
| | ) | |
| vs. | ) | |
| | ) | |
| LIDIA RAMOS, | ) | THIS VOLUME: |
| | ) | PAGES 1-35 |
| DEFENDANT. | ) | |

TRANSCRIPT of SENTENCING HEARING had before THE HONORABLE JOSE A. GONZALEZ, JR., in Fort Lauderdale, Broward County, Florida, on Thursday, September 20, 2001, in the above-styled matter.

APPEARANCES:

FOR THE GOVERNMENT:         DONALD CHASE,
                            Assistant U.S. Attorney

FOR THE DEFENDANT:          NELSON RODRIGUEZ-VARELA

ANITA LaROCCA
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 205-D
FORT LAUDERDALE, FLORIDA 33301
954 769-5568

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE

Case 0:00-cr-06258-PCH   Document 102   Entered on FLSD Docket 03/20/2002   Page 2 of 2