**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

```
Clerk's Office - Appeal #01-15511-G      Date: March 25, 2002
U.S. Court of Appeals - Eleventh Circuit USDC # 00-6258-CR-WDF
56 Forsyth St., N.W.                     USCA # 01-15511-G
Atlanta, GA  30303

IN RE: USA v. Lidia Ramos
```

================================================================

**Certificate of Readiness of Record On Appeal**

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

      __1__ Volume of Pleadings
      __5__ Volumes of Transcripts

      __X__ Exhibits:

           __1__ PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                                       Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
    Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                          LSS     PRIOR
                                                          APPEAL
                     U.S. District Court
              Southern District of Florida (FtLauderdale)

         CRIMINAL DOCKET FOR CASE #: 00-CR-6258-ALL
```

USA v. Vargas                                             Filed: 09/07/00

Other Dkt # 0:00-m -04208

Case Assigned to:  Judge Wilkie D. Ferguson, Jr.

HAMLET VARGAS (1) , DOB:              Joaquin G. Perez
6/1/64 Prisoner # 66247-004           FTS 662-4067
    defendant                         305-261-4000
                                      Suite 200
                                      [COR LD NTC ret]
                                      6780 Coral Way
                                      Miami, FL 33155


Pending Counts:                       Disposition

21:846=CD.F CONSPIRACY
DISTRIBUTE CONTRL SUBST
(1)

21:841A=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE
(2)


Offense Level (opening): 4


Terminated Counts:

    NONE




Complaints                            Disposition

Attempt to possess with intent
to distribute cocaine and
possession with intent to
distribute cocaine, 21 USC
846;    841(a)(1)
[ 0:00-m -4208 ]

[Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court,
Southern District of Florida
By [signature] Deputy Clerk
Date 3-25-02]

========================
Docket as of March 21, 2002 11:49 am         Page 1

```
Proceedings include all events.                                          LSS
0:00cr6258-ALL USA v. Vargas                                    PRIOR    APPEAL
```

Case Assigned to:   Judge Wilkie D. Ferguson, Jr.

```
LIDIA ESTER RAMOS (2) , DOB;        Helen C. Trainor
3/17/78 Prisoner # 66248-004        FTS 530-7120
     defendant                      15th Floor
  [term   09/20/01]                 [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    150 W Flagler Street
                                    Miami, FL 33130-1556
                                    305-530-7000

                                    Nelson Armando Rodriguez-Varela
                                      [term   09/20/01]
                                    FTS 662-4067
                                    305-261-4000
                                    [COR LD NTC ret]
                                    6780 Coral Way
                                    Miami, FL 33155

                                    Public Defender
                                      [term   01/29/02]
                                    FTS 356-7556
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    1 E Broward Boulevard
                                    Suite 1100
                                    Fort Lauderdale, FL 33301
                                    954-356-7436


Pending Counts:                        Disposition

21:846=CD.F CONSPIRACY              Imprisonment 120 months to run
DISTRIBUTE CONTRL SUBST             concurrent with each other;
(1)                                 Supervised Release 60 months to
                                    run concurrent with each
                                    other; Assessment $200.00; Fine
                                    $2,500.00
                                    (1)

21:841A=CD.F CONTROLLED SUBST       Imprisonment 120 months to run
SELL/DISTR/DISPENSE                 concurrent with each other;
(2)                                 Supervised Release 60 months to
                                    run concurrent with each
                                    other; Assessment $200.00; Fine
                                    $2,500.00
                                    (2)

Offense Level (opening): 4
```

```
Proceedings include all events.                                    LSS
0:00cr6258-ALL USA v. Vargas                                 PRIOR APPEAL
```

Terminated Counts:

   NONE

Complaints                                        Disposition

Attempt to possess with intent
to distribute cocaine and
possession with intent to
distribute cocaine, 21 USC
846;    841(a)(1)
[ 0:00-m -4208 ]

```
Proceedings include all events.                                        LSS
0:00cr6258-ALL USA v. Vargas                                    PRIOR  APPEAL

HAMLET VARGAS, DOB: 6/1/64 Prisoner # 66247-004
          defendant


==========================

LIDIA ESTER RAMOS, DOB; 3/17/78 Prisoner # 66248-004
          defendant


==========================

USA

          plaintiff


U. S. Attorneys:

  Scott Behnke
  FTS 356-7336
  954-356-7392
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7255

  PTS Officer
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 769-5566
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500
```

```
Proceedings include all events.                                        LSS
0:00cr6258-ALL USA v. Vargas                                    PRIOR   APPEAL
```

| Date | # | Entry |
|---|---|---|
| 8/24/00 | -- | ARREST of Hamlet Vargas, Katty Altagracia Salvador, Lidia Ester Ramos<br>[ 0:00-m -4208 ] (pb) [Entry date 08/28/00] |
| 8/25/00 | 1 | COMPLAINT as to Hamlet Vargas, Katty Altagracia Salvador, Lidia Ester Ramos<br>[ 0:00-m -4208 ] (pb) [Entry date 08/28/00] |
| 8/25/00 | 2 | Minutes of initial held on 8/25/00 before Magistrate Judge Lurana S. Snow as to Hamlet Vargas ; Tape #: 00-046<br>[ 0:00-m -4208 ] (pb) [Entry date 08/28/00] |
| 8/25/00 | 3 | ORDER on Initial Appearance as to Hamlet Vargas Pretrial Detention Requested . Detention hearing set for 9:30 8/30/00 ; Preliminary examination set for 11:00 9/8/00; before Magistrate Barry S. Seltzer, , ( Signed by Magistrate Judge Lurana S. Snow on 8/25/00) Tape # 00-046 CCAP<br>[ 0:00-m -4208 ] (pb) [Entry date 08/28/00] |
| 8/25/00 | 6 | Minutes of initial appearance held on 8/25/00 before Magistrate Judge Lurana S. Snow as to Lidia Ester Ramos ; Tape #: 00-046<br>[ 0:00-m -4208 ] (pb) [Entry date 08/28/00] |
| 8/25/00 | 7 | ORDER on Initial Appearance as to Lidia Ester Ramos Pretrial Detention Requested. Detention hearing set for 9:30 8/30/00 Preliminary examination set for 11:00 9/8/00 ; before Magistrate Barry S. Seltzer, , ( Signed by Magistrate Judge Lurana S. Snow on 8/25/00) # 00-046 CCAP<br>[ 0:00-m -4208 ] (pb) [Entry date 08/28/00] |
| 8/28/00 | 8 | REPORT Commencing Criminal Action as to Hamlet Vargas  DOB: 6/1/64   Prisoner # 66247-004<br>[ 0:00-m -4208 ] (pb) [Entry date 08/28/00] |
| 8/28/00 | 9 | REPORT Commencing Criminal Action as to Lidia Ester Ramos DOB: 3/17/78   Prisoner # 66248-004<br>[ 0:00-m -4208 ] (pb) [Entry date 08/28/00] |
| 8/30/00 | 12 | Minutes of pretrial detention hearing held on 8/30/00 before Magistrate Barry S. Seltzer as to Lidia Ester Ramos ; Tape #: 00-068<br>[ 0:00-m -4208 ] (pb) [Entry date 08/30/00] |
| 8/30/00 | 13 | Minutes of pretrial detention hearing 8/30/00.  Defendant not brought to court.  Counsel requested continuance to 9-1-00. before Magistrate Barry S. Seltzer as to Hamlet Vargas ; Court Reporter Name or Tape #: 00-068<br>[ 0:00-m -4208 ] (pb) [Entry date 08/30/00] |

```
Proceedings include all events.                                    LSS
0:00cr6258-ALL USA v. Vargas                                 PRIOR APPEAL

9/1/00      15        PERSONAL SURETY BOND entered by Lidia Ester Ramos  in
                      Amount $ 250,000   Approved by Magistrate Barry S. Seltzer
                      . Surrender passports/travel documents;  Report to PTS as
                      follows: as directed  Random urine testing;  Full-time
                      employment;  Avoid victims/witnesses;  No firearms/weapons;
                        Curfew from: 11pm-6am  Additional conditions: Travel:
                      SD/FL,reside with sister, no illegal drugs or excessive
                      alcohol, psych. evaluation and treatment if necessary.
                      [ 0:00-m -4208 ] (dd) [Entry date 09/01/00]

9/1/00      16        10%-CASH BOND entered by Lidia Ester Ramos  in  Amount $
                      100,000 Receipt # 401 520343   Approved by Magistrate Barry
                      S. Seltzer .  Surrender passports/travel documents;  Report
                      to PTS as follows: as directed  Random urine testing;
                      Full-time employment;  Avoid victims/witnesses;  No
                      firearms/weapons;  Curfew from: 11p,-6am  Additional
                      conditions: Travel: SD/FL, no illegal drugs or excessive
                      alcohol, psych. evaluation and treatment if necessary.
                      [ 0:00-m -4208 ] (dd) [Entry date 09/01/00]

9/1/00      17        Minutes of PTD Hearing held on 9/1/00  before Magistrate
                      Barry S. Seltzer as to Hamlet Vargas ;$60,000 Corp. Surety
                      and $150,000 PSB set. Court Reporter Name or Tape #:
                      00-069/070
                      [ 0:00-m -4208 ] (dd) [Entry date 09/01/00]

9/1/00      18        Minutes of Bond hearing held on 9/1/00  before Magistrate
                      Barry S. Seltzer as to Lidia Ester Ramos ;$100,000-10% &
                      250,000 PSB set. Court Reporter Name or Tape #: 00-069
                      [ 0:00-m -4208 ] (dd) [Entry date 09/01/00]

9/7/00      19        INDICTMENT as to Hamlet Vargas (1) count(s) 1, 2, Lidia
                      Ester Ramos (2) count(s) 1, 2 (Criminal Category 1)
                      (Preliminary Examination cancelled.) (pb)
                      [Entry date 09/08/00]

9/7/00      --        Magistrate identification:  Magistrate Judge Lurana S. Snow
                      (pb) [Entry date 09/08/00]

9/8/00      20        Minutes of arraignment/inquiry re counsel held on 9/8/00
                      before Magistrate Barry S. Seltzer as to Lidia Ester Ramos ;
                        Court Reporter Name or Tape #: 00-72/751 (dp)
                      [Entry date 09/11/00]

9/8/00      21        Minutes of inquiry re counsel/arraignment held on 9/8/00
                      before Magistrate Barry S. Seltzer as to Hamlet Vargas ;
                      Court Reporter Name or Tape #: 00/72/751 (dp)
                      [Entry date 09/11/00]

9/8/00      22        ARRAIGNMENT INFORMATION SHEET for Lidia Ester Ramos (2)
                      count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts.
                      Court accepts plea. (dp) [Entry date 09/11/00]
```

```
Proceedings include all events.                                    LSS
0:00cr6258-ALL USA v. Vargas                                 PRIOR APPEAL

9/8/00    23      ARRAIGNMENT INFORMATION SHEET for Hamlet Vargas (1)
                  count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts.
                  Court accepts plea. (dp) [Entry date 09/11/00]

9/8/00    24      NOTICE of Appearance for Hamlet Vargas by Attorney Joaquin
                  G. Perez (dp) [Entry date 09/11/00]

9/8/00    25      NOTICE of Appearance for Lidia Ester Ramos by Attorney
                  Nelson Armando Rodriguez-Varela (dp) [Entry date 09/11/00]

9/8/00    26      STANDING DISCOVERY ORDER as to Hamlet Vargas, Lidia Ester
                  Ramos   all motions concerning matters not covered by this
                  order must be filed within 28 days of this order ( Signed
                  by Magistrate Barry S. Seltzer on 9/8/00)  Tape #  CCAP (dp)
                  [Entry date 09/11/00]

9/8/00    27      ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                  as to Hamlet Vargas, Lidia Ester Ramos   Status conference
                  set for 11:00 9/27/00 for Hamlet Vargas, for Lidia Ester
                  Ramos   before Magistrate Barry S. Seltzer ( Signed by
                  Magistrate Barry S. Seltzer on 9/8/00) CCAP [EOD Date:
                  9/11/00]  CCAP (dp) [Entry date 09/11/00]

9/13/00   28      SCHEDULING ORDER as to Hamlet Vargas, Lidia Ester Ramos
                  setting Calendar Call for 3:15 10/16/00 for Hamlet Vargas,
                  for Lidia Ester Ramos ; Jury Trial for 10/23/00 for Hamlet
                  Vargas, for Lidia Ester Ramos ;   before Judge Wilkie D.
                  Ferguson Jr.  ( Signed by Judge Wilkie D. Ferguson Jr. on
                  9/13/00) CCAP [EOD Date: 9/14/00]   CCAP (dp)
                  [Entry date 09/14/00]

9/18/00   29       APPEARANCE BOND entered by Hamlet Vargas  in  Amount $
                  150,000 PSB   Approved by Magistrate Barry S. Seltzer .
                  Surrender passports/travel documents;  Report to PTS as
                  follows: Random urine testing;  Full-time employment;
                  Avoid victims/witnesses;  No firearms/weapons; (dp)
                  [Entry date 09/19/00]

9/18/00   30       APPEARANCE BOND entered by Hamlet Vargas  in  Amount $
                  60,000 CSB (Surety Information: Allegheny Casualty Co. ,
                  Cynthia Gaynor , 540 SE 6 St Ft. Lauderdale FL)   Approved
                  by Magistrate Barry S. Seltzer . (dp) [Entry date 09/19/00]

9/25/00   31      RESPONSE to Standing Discovery Order by USA  as to Lidia
                  Ester Ramos (dp) [Entry date 09/26/00]

9/26/00   32      RESPONSE to Standing Discovery Order by USA  as to Hamlet
                  Vargas (dp) [Entry date 09/27/00]

9/27/00   33      Minutes of status conference held on 9/27/00   before
                  Magistrate Barry S. Seltzer as to Lidia Ester Ramos ;
                  Court Reporter Name or Tape #: 00-73/979 (dp)
                  [Entry date 09/28/00]


Docket as of March 21, 2002 11:49 am                         Page 7
```

```
Proceedings include all events.                                          LSS
0:00cr6258-ALL USA v. Vargas                                      PRIOR  APPEAL
```

| Date | # | Entry |
|---|---|---|
| 9/27/00 | 34 | Minutes of status conference held on 9/27/00 before Magistrate Barry S. Seltzer as to Hamlet Vargas ; Court Reporter Name or Tape #: 00/73/979 (dp) [Entry date 09/28/00] |
| 9/27/00 | -- | Status conference as to Hamlet Vargas, Lidia Ester Ramos held (dp) [Entry date 09/28/00] |
| 9/28/00 | 35 | STATUS REPORT ORDER as to Hamlet Vargas . ( Signed by Magistrate Barry S. Seltzer on 9/27/00) CCAP [EOD Date: 9/28/00] CCAP (dp) [Entry date 09/28/00] |
| 9/28/00 | 36 | STATUS REPORT ORDER as to Lidia Ester Ramos . ( Signed by Magistrate Barry S. Seltzer on 9/27/00) CCAP [EOD Date: 9/28/00] CCAP (dp) [Entry date 09/28/00] |
| 10/16/00 | 37 | Minutes of calendar call held on 10/16/00 before Judge Wilkie D. Ferguson Jr. as to Hamlet Vargas, Lidia Ester Ramos ; Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 10/17/00] |
| 10/16/00 | -- | Calendar call as to Hamlet Vargas, Lidia Ester Ramos held (dp) [Entry date 10/17/00] |
| 10/19/00 | 38 | SCHEDULING ORDER as to Hamlet Vargas, Lidia Ester Ramos setting Calendar Call for 3:15 12/11/00 for Hamlet Vargas, for Lidia Ester Ramos ; Jury Trial for 12/18/00 for Hamlet Vargas, for Lidia Ester Ramos ; before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 10/18/00) CCAP [EOD Date: 10/19/00] CCAP (dp) [Entry date 10/19/00] |
| 12/14/00 | 39 | ORDER as to Hamlet Vargas, Lidia Ester Ramos granting motion to continue trial; Reset Jury trial for 1/29/01 for Hamlet Vargas, for Lidia Ester Ramos before Judge Wilkie D. Ferguson Jr., Reset calendar call for 3:15 1/22/01 for Hamlet Vargas, for Lidia Ester Ramos before Judge Wilkie D. Ferguson Jr., to Continue in Interest of Justice (Signed by Judge Wilkie D. Ferguson Jr. on 12/14/00) CCAP [EOD Date: 12/15/00] CCAP (ss) [Entry date 12/15/00] |
| 12/28/00 | 40 | EMEREGENCY MOTION by Lidia Ester Ramos to Modify Conditions of Release (dp) [Entry date 12/28/00] |
| 1/10/01 | 41 | MOTION by Lidia Ester Ramos to Travel (dp) [Entry date 01/11/01] |
| 1/19/01 | 42 | SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Hamlet Vargas, Lidia Ester Ramos (dp) [Entry date 01/22/01] |
| 1/22/01 | 43 | MOTION by USA as to Hamlet Vargas, Lidia Ester Ramos to continue trial (dp) [Entry date 01/22/01] |

```
Proceedings include all events.                                         LSS
0:00cr6258-ALL USA v. Vargas                                      PRIOR APPEAL
```

| Date | # | Entry |
|---|---|---|
| 1/22/01 | 44 | NOTICE of intent to introduce federal rule of evidence 404(b) similar act evidence by USA as to Lidia Ester Ramos (dp) [Entry date 01/23/01] |
| 1/25/01 | 45 | SUPPLEMENT by USA as to Lidia Ester Ramos to: [31-1] order response (ss) [Entry date 01/26/01] |
| 1/29/01 | 46 | Proposed Voir Dire Questions by USA as to Lidia Ester Ramos (dp) [Entry date 01/30/01] |
| 1/29/01 | 47 | Proposed Jury Instructions by USA as to Lidia Ester Ramos (dp) [Entry date 01/30/01] |
| 1/30/01 | 48 | ORDER as to Lidia Ester Ramos granting [43-1] motion to continue trial as to Lidia Ester Ramos (2) to Continue in Interest of Justice, reset calendar call for 3:15 2/20/01 for Lidia Ester Ramos before Judge Wilkie D. Ferguson Jr., reset Jury trial for 2/26/01 for Lidia Ester Ramos before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 1/29/01) CCAP [EOD Date: 1/30/01] CCAP※ (dp) [Entry date 01/30/01] |
| 1/31/01 | 49 | SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Lidia Ester Ramos (dp) [Entry date 02/01/01] |
| 2/2/01 | 50 | MOTION by USA as to Lidia Ester Ramos to continue trial (dp) [Entry date 02/05/01] |
| 2/15/01 | 51 | MOTION by Hamlet Vargas to continue change of plea hearing (dp) [Entry date 02/16/01] |
| 2/15/01 | 52 | ORDER as to Hamlet Vargas granting [51-1] motion to continue change of plea hearing as to Hamlet Vargas (1) reset Change of Plea Hearing for 9:00 3/9/01 for Hamlet Vargas before Judge Wilkie D. Ferguson Jr. ( Signed by Judge Wilkie D. Ferguson Jr. on 2/15/01) CCAP [EOD Date: 2/16/01] CCAP※ (dp) [Entry date 02/16/01] |
| 2/27/01 | 53 | SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Hamlet Vargas, Lidia Ester Ramos (dp) [Entry date 02/28/01] |
| 2/28/01 | 54 | ORDER that parties shall take note that this case is transferred to Judge Jose A. Gonzalez for trial as set for 3/12/01 at 9:30 as to Lidia Ester Ramos ( Signed by Judge Wilkie D. Ferguson Jr. on 2/28/01) CCAP [EOD Date: 3/1/01] CCAP※ (dp) [Entry date 03/01/01] |
| 3/7/01 | 55 | MOTION by Lidia Ester Ramos in limine in opposition to USA's intent to submit 404(B) evidence (dp) [Entry date 03/08/01] |

```
Proceedings include all events.                                          LSS
0:00cr6258-ALL USA v. Vargas                                    PRIOR   APPEAL

3/8/01     56      Minutes of change of plea held on 3/8/01  before Judge
                   Wilkie D. Ferguson Jr. as to Hamlet Vargas ; GUILTY:
                   Hamlet Vargas (1) count(s) 1, 2  Court Reporter Name or
                   Tape #: Paul Haferling (dp) [Entry date 03/09/01]

3/8/01     57      Plea Agreement as to Hamlet Vargas (dp)
                   [Entry date 03/09/01]

3/8/01     --      Change of Plea Hearing as to Hamlet Vargas  held (dp)
                   [Entry date 03/09/01]

3/8/01     58      NOTICE of Hearing as to Hamlet Vargas :  setting
                   Sentencing for 10:00 5/18/01 for Hamlet Vargas   before
                   Judge Wilkie D. Ferguson Jr. (dp) [Entry date 03/09/01]

3/9/01     59      Witness list by USA as to Lidia Ester Ramos (dp)
                   [Entry date 03/12/01]

3/9/01     60      Supplemental Proposed Jury Instructions by USA  as to Lidia
                   Ester Ramos (dp) [Entry date 03/12/01]

3/12/01    61      MOTION by USA  as to Lidia Ester Ramos to bring eletronic
                   equipment into courtoom (dp) [Entry date 03/13/01]

3/12/01    62      ORDER as to Lidia Ester Ramos  granting [61-1] motion to
                   bring eletronic equipment into courtoom as to Lidia Ester
                   Ramos (2) ( Signed by Judge Jose A. Gonzalez Jr. on
                   3/12/01) CCAP [EOD Date: 3/13/01] CCAP (dp)
                   [Entry date 03/13/01]

3/12/01    63      Minutes of jury selection and trial held on 3/12/01  before
                   Judge Jose A. Gonzalez Jr. as to Lidia Ester Ramos ;  Court
                   Reporter Name or Tape #: Anita LaRocca (dp)
                   [Entry date 03/13/01]

3/12/01    --      Voir dire begun as to Lidia Ester Ramos (2) count(s) 1, 2
                   (dp) [Entry date 03/13/01]

3/12/01    64      ORDER as to Hamlet Vargas reducing Bond to $25,000 CSB (
                   Signed by Judge Wilkie D. Ferguson Jr. on 3/12/01) CCAP
                   [EOD Date: 3/13/01] CCAP (dp) [Entry date 03/13/01]

3/13/01    65      Minutes of Jury Trial - Second Day held on 3/13/01  before
                   Judge Jose A. Gonzalez Jr. as to Lidia Ester Ramos ;  Court
                   Reporter Name: Anita LaRocca; Case continue to 3/14/01 at
                   9:00 a.m. for Jury Trial (aj) [Entry date 03/15/01]

3/14/01    66      Minutes of jury trial - day 3 held on 3/14/01 before Judge
                   Jose A. Gonzalez Jr. as to Lidia Ester Ramos; Court
                   Reporter Name: Anita LaRocca (mh) [Entry date 03/15/01]

3/14/01    67      Exhibit and Witness list by Lidia Ester Ramos as to Lidia
                   Ester Ramos (mh) [Entry date 03/15/01]
```

Proceedings include all events.                                          LSS
0:00cr6258-ALL USA v. Vargas                                      PRIOR APPEAL

| Date | # | Entry |
|---|---|---|
| 3/14/01 | 68 | RESPONSE by USA as to Lidia Ester Ramos re [55-1] motion in limine in opposition to USA's intent to submit 404(B) evidence (mh) [Entry date 03/15/01] |
| 3/14/01 | 69 | Jury notes and Court's answers as to Lidia Ester Ramos (mh) [Entry date 03/15/01] |
| 3/14/01 | 70 | JURY VERDICT as to Lidia Ester Ramos Guilty: Lidia Ester Ramos (2) count(s) 1, 2 (mh) [Entry date 03/15/01] |
| 3/14/01 | 71 | NOTICE of Hearing as to Lidia Ester Ramos Setting Sentencing for 9:30 on 6/8/01 for Lidia Ester Ramos before Judge Jose A. Gonzalez Jr. (mh) [Entry date 03/15/01] |
| 3/14/01 | 72 | Release of exhibits as to Lidia Ester Ramos Released to: Donald Chase II (mh) [Entry date 03/15/01] |
| 5/1/01 | 73 | MOTION by Lidia Ester Ramos to Release Bond Obligation (dp) [Entry date 05/02/01] |
| 5/1/01 | 73 | ORDER as to Lidia Ester Ramos granting [73-1] motion to Release Bond Obligation as to Lidia Ester Ramos (2) ( Signed by Judge Wilkie D. Ferguson Jr. on 4/30/01) CCAP [EOD Date: 5/2/01] CCAP (dp) [Entry date 05/02/01] |
| 6/7/01 | 74 | ORDER granting motion to continue sentence to 9/20/01 at 11:30 as to Lidia Ester Ramos ( Signed by Judge Jose A. Gonzalez Jr. on 6/7/01) CCAP [EOD Date: 6/8/01] CCAP (dp) [Entry date 06/08/01] |
| 6/7/01 | 75 | AGREED EMERGENCY MOTION by Lidia Ester Ramos to continue sentencing date (ss) [Entry date 06/08/01] |
| 7/17/01 | 76 | ORDER transferring defendant to Clerk's suspended file until time of apprehension as to Hamlet Vargas ( Signed by Judge Wilkie D. Ferguson Jr. on 7/16/01) [EOD Date: 7/18/01] CCAP (dp) [Entry date 07/18/01] |
| 7/26/01 | 77 | PETITION and ORDER for Action on Conditions of Pretrial Release as to Hamlet Vargas ( Signed by Judge Wilkie D. Ferguson Jr. on 7/10/01) [EOD Date: 7/27/01] (dp) [Entry date 07/27/01] |
| 7/26/01 | 78 | ARREST WARRANT issued as to Hamlet Vargas . Warrant issued by Judge Wilkie D. Ferguson Jr.  Bail fixed at No Bond (dp) [Entry date 07/27/01] |
| 8/6/01 | 79 | ORDER as to Lidia Ester Ramos denying [40-1] motion to Modify Conditions of Release as to Lidia Ester Ramos (2) ( Signed by Judge Wilkie D. Ferguson Jr. on 8/6/01 now for 12/28/00) [EOD Date: 8/7/01] CCAP (dp) [Entry date 08/07/01] |

```
Proceedings include all events.                                    LSS
0:00cr6258-ALL USA v. Vargas                                PRIOR   APPEAL
```

| Date | Doc # | Description |
|---|---|---|
| 9/19/01 | 80 | OBJECTION by Lidia Ester Ramos to Presentence Investigation Report (dp) [Entry date 09/20/01] |
| 9/20/01 | 81 | Minutes of Sentencing held on 9/20/01 before Judge Jose A. Gonzalez Jr. as to Lidia Ester Ramos; Court Reporter Name or Tape #: A. LaRocca (ss) [Entry date 09/24/01] |
| 9/20/01 | -- | Sentencing held Lidia Ester Ramos (2) count(s) 1, 2 (ss) [Entry date 09/24/01] |
| 9/20/01 | 82 | ORDER OF REFERENCE referring oral motion to appoint appellate counsel to Magistrate Judge Lurana S. Snow as to Lidia Ester Ramos (Signed by Judge Jose A. Gonzalez Jr. on 9/20/01) [EOD Date: 9/24/01] CCAP (ss) [Entry date 09/24/01] |
| 9/20/01 | 83 | JUDGMENT as to Lidia Ester Ramos (2) count(s) 1, 2. Imprisonment 120 months to run concurrent with each other; Supervised Release 60 months to run concurrent with each other; Assessment $200.00; Fine $2,500.00 (Signed by Judge Jose A. Gonzalez Jr. on 9/20/01) [EOD Date: 9/24/01] CCAP (ss) [Entry date 09/24/01] |
| 9/24/01 | 84 | NOTICE OF APPEAL by Lidia Ester Ramos re: [83-1] judgment order  EOD Date: 9/24/01; Lidia Ester Ramos (2) count(s) 1, 2;  Filing Fee: $ NO FEE PAID. Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 09/25/01] |
| 9/24/01 | 85 | MOTION by Lidia Ester Ramos for Nelson Rodriguez-Varela to withdraw as attorney, and for appointment of counsel for purposes of appeal (ss) [Entry date 09/25/01] |
| 9/25/01 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Lidia Ester Ramos [84-1] appeal (gf) [Entry date 09/25/01] |
| 10/1/01 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Lidia Ester Ramos  Re: [84-1] appeal   USCA Number: 01-15511-G (dl) [Entry date 10/03/01] |
| 11/1/01 | 86 | ORDER as to Lidia Ester Ramos denying as moot [85-1] motion for Nelson Rodriguez-Varela to withdraw as attorney as to Lidia Ester Ramos (2), denying as moot [85-2] motion for appointment of counsel for purposes of appeal as to Lidia Ester Ramos (2) ( Signed by Judge Jose A. Gonzalez Jr. on 10/31/01) [EOD Date: 11/6/01] CCAP (dp) [Entry date 11/06/01] |
| 11/8/01 | 87 | ORDER granting motion to withdraw and appointing new counsel for purposes of appeal is referred to the Magistrate Judge as to Lidia Ester Ramos ( Signed by Judge Wilkie D. Ferguson Jr. on 11/8/01) [EOD Date: 11/9/01] CCAP (dp) [Entry date 11/09/01] [Edit date 11/09/01] |

```
Proceedings include all events.                                          LSS
0:00cr6258-ALL USA v. Vargas                                      PRIOR APPEAL
```

| | | |
|---|---|---|
| 12/31/01 | 88 | NOTICE of Hearing as to Lidia Ester Ramos : Motion for appointment of appellate counsel hearing set for 1/10/02 at 11:30 before Magistrate Judge Lurana S. Snow (dp) [Entry date 01/02/02] |
| 1/10/02 | 89 | Minutes of sealed exparte tjoflat hearing held on 1/10/02 before Magistrate Judge Lurana S. Snow as to Lidia Ester Ramos; Motion to withdraw as counsel is granted and FPD is appointed for appeal Court Reporter Name or Tape #: 02-2/1864 (dp) [Entry date 01/11/02] |
| 1/14/02 | 90 | ORDER Appointing Federal Public Defender for Lidia Ester Ramos ( Signed by Magistrate Judge Lurana S. Snow on 1/10/02) [EOD Date: 1/15/02] CCAP (dp) [Entry date 01/15/02] |
| 1/29/02 | 91 | NOTICE of Assignment of Assistant Public Defender for Lidia Ester Ramos . Terminated attorney Public Defender for Lidia Ester Ramos AFPD Helen C. Trainor assigned. (dp) [Entry date 01/30/02] |
| 2/5/02 | 92 | TRANSCRIPT INFORMATION FORM as to Lidia Ester Ramos re: [84-1] appeal received on 2/6/02 from Court Reporter. (Returned to Court Reporter Coordinator) (gf) [Entry date 02/06/02] |
| 2/6/02 | 93 | TRANSCRIPT INFORMATION FORM as to Lidia Ester Ramos re: [84-1] appeal received on 2/12/02 from Court Reporter. (Returned to Court Reporter Coordinator) (gf) [Entry date 02/13/02] |
| 2/27/02 | 94 | TRANSCRIPT filed as to Hamlet Vargas, Lidia Ester Ramos of Arraignment & Inquiry re: Counsel, held 9/8/00 before Magistrate Judge Barry S. Seltzer Volume #: 1 Pages: 1-7 re: [84-1] appeal . Appeal record due on 3/14/02 for Lidia Ester Ramos (gf) [Entry date 03/01/02] [Edit date 03/01/02] |
| 2/27/02 | 95 | Acknowledgement of Transcript Information Form as to Lidia Ester Ramos re: [84-1] appeal by Lidia Ester Ramos Transcript of: Arraignment & Inquiry held 9/8/00. Transcript due on: 2/27/02 for Lidia Ester Ramos ; Court Reporter name: Jerald M. Meyers (gf) [Entry date 03/01/02] |
| 2/27/02 | 96 | Transcript Information Form as to Lidia Ester Ramos for Transcript of: Arraignment & Inquiry held 9/8/00 filed re: [84-1] appeal by Lidia Ester Ramos (gf) [Entry date 03/01/02] |
| 3/1/02 | 97 | Acknowledgement of Transcript Information Form as to Lidia Ester Ramos re: [84-1] appeal by Lidia Ester Ramos Transcript of: Trial and Sentence held 3/12/01-3/14/01 and 9/20/01. Transcript due on: 3/28/02 for Lidia Ester Ramos ; Court Reporter name: Anita LaRocca (gf) |

```
Proceedings include all events.                                    LSS
0:00cr6258-ALL USA v. Vargas                                PRIOR  APPEAL
```

           [Entry date 03/05/02]

3/15/02  (98)   Judgment Returned Executed as to Lidia Ester Ramos on
                2/12/02 at Federal Correctional Institution, Tallahassee,
                FL (ss) [Entry date 03/18/02]

3/20/02  (99)   TRANSCRIPT filed as to Lidia Ester Ramos  of Jury Trial
                held 3/12/01  before Judge Jose A. Gonzalez, Jr.  Volume #:
                1 Pages: 1-136  re: [84-1] appeal . Appeal record due on
                4/4/02 for Lidia Ester Ramos (gf) [Entry date 03/20/02]

3/20/02  (100)  TRANSCRIPT filed as to Lidia Ester Ramos  of Jury Trial
                held 3/13/01  before Judge Jose A. Gonzalez, Jr.  Volume #:
                2 Pages: 137-405  re: [84-1] appeal . Appeal record due on
                4/4/02 for Lidia Ester Ramos (gf) [Entry date 03/20/02]

3/20/02  (101)  TRANSCRIPT filed as to Lidia Ester Ramos  of Jury Trial
                held 3/14/01  before Judge Jose A. Gonzalez, Jr.  Volume #:
                3 Pages: 406-491  re: [84-1] appeal . Appeal record due on
                4/4/02 for Lidia Ester Ramos (gf) [Entry date 03/20/02]

3/20/02  (102)  TRANSCRIPT filed as to Lidia Ester Ramos  of Sentencing
                Hearing held 9/20/01  before Judge Jose A. Gonzalez, Jr.
                Volume #: 1  Pages: 1-35  re: [84-1] appeal . Appeal record
                due on 4/4/02 for Lidia Ester Ramos (gf)
                [Entry date 03/20/02]

3/21/02  (103)  Certificate of readiness transmitted to USCA as to Lidia
                Ester Ramos  re: [84-1] appeal  by Lidia Ester Ramos  USCA
                # 01-15511-G (dl) [Entry date 03/21/02]