UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6258-CR-WDF

UNITED STATES OF AMERICA,          :

       Plaintiff,                              :

v.                                                       :

LIDIA E. RAMOS,                              :

       Defendant.                          :
_____/

### NOTICE OF REASSIGNMENT

The above-captioned case has been reassigned to Supervisory Assistant Federal Public Defender Paul M. Rashkind, who will serve as counsel for the defendant Lidia E. Ramos. Please send copies of notices and inquiries to this attorney at the address listed below.

                            Respectfully submitted,

                            KATHLEEN M. WILLIAMS
                            Federal Public Defender

By: _____
       Paul M. Rashkind, Supervisory
       Assistant Federal Public Defender
       Chief of Appeals
       Florida Bar No. 0203688
       150 West Flagler Street, Suite 1500
       Miami, Florida 33130-1555
       (305) 536-6900, ext. 205
       (305)530-7120 (FAX)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing notice was served by mail on this 3rd day of June, 2002, to Assistant United States Attorney Anne R. Schultz, 99 N.E. 4th Street, Miami, FL 33132; Lidia E. Ramos, Reg. No. 66248-004, FDC - Miami, P.O. Box 019120, Miami, FL 33101-9120.

_____
Paul M. Rashkind