YOU COULD HAVE RECEIVED THIS NOTICE YESTERDAY BY FAX!

Just complete and return the request form below and you will receive notice of
orders and judgments within hours of their entry.  It's FREE and it's FAST!


NOTE:  If you are no longer an attorney on this case, please disregard
       this notice.



        Freddy  Ortiz
        1835 NW 1128
        Miami, FL  00000 -


        ---------------------

        0:00-cr-06258 #110
        2 page(s).
        03/19/2004
                    ---------------------
                    AUTHORIZATION FOR E-NOTICING

I hereby authorize the Clerk of Court for the Southern District of Florida to
transmit notification of judgments, orders, and hearings by facsimile in any
case in which this capability exists and I appear as attorney of record.  I
understand this electronic transmission will be in lieu of notice by mail.
The following telephone number is designated for facsimile transmission:

Fax Phone# _____      Firm Name _____

Phone #        _____  Attorney Name _____

Florida Bar# _____    Street Address _____

Signature _____     City,State,Zip _____

List of My Active Case #'s _____

_____

        FAX this completed form to the Clerk's Office at (305) 523-5209.
For information please call our E-NOTICING help line at (305) 523-5212.

NOTICE:  Only certain Judges are E-NOTICING, so you must continue to provide
envelopes for cases before non-participating Judges.  Call the help line above
for the list of participating judges.
NOTICE:  Be sure to promptly notify the Clerk of Court in writing of any changes
to your name, address, firm, or fax number.  A notification should be sent for
each of your active cases.

Control #: CV-fax_40D-28059





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK (FAX)
301 N. MIAMI AVENUE, ROOM 150
MIAMI, FL 33128-7788

OFFICIAL BUSINESS

FIRST CLASS
ADDRESS

MIAMI
MAR 25'04
FL

PB METER
7136661

U.S. POSTAGE

$0.37