UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60362-Civ-GONZALEZ
(00-6258-Cr-GONZALEZ)
MAGISTRATE JUDGE P. A. WHITE

LIDIA ESTER RAMOS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

**FINAL JUDGMENT**
**MOTION TO VACATE**

For the reasons stated in the report of the Magistrate Judge and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

1. This motion to vacate is denied.

2. All pending motions not otherwise ruled upon are dismissed, as moot.

3. This case is closed.

DONE AND ORDERED at Ft. Lauderdale, Florida, this 31st day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

cc: Nathan Clark, Esquire
    Donald F. Chase, II, AUSA